IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathryn Zabell,

        Plaintiff(s),

   vs.

Medpace, Inc.,

        Defendant(s).

Case Number: 1:13cv252

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Greg Wehrman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 5, 2015 a Report and Recommendation (Doc. 46). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 47).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 24) is **GRANTED** as to plaintiff's ERISA interference claims, but otherwise is **DENIED**.

IT IS SO ORDERED.

                                                                        */s/ Susan J. Dlott*
                                                                        Judge Susan J. Dlott
                                                                        United States District Court